UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA   :
:
    Plaintiff,   :
:
v.   :   CASE NO. 8:08-cr-148-T-30MAP
:
LUZ CORREA,   :
:
    Defendant.   :
:

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the filing of the Motion (Dkt. #20) of the United States of America for a Forfeiture Money Judgment in the amount of $20,000.00 USD, which, at sentencing, shall be a final order of forfeiture as to defendant Luz Correa. The Court, being fully advised in the premises, hereby finds that the government has established that the amount of proceeds the defendant obtained as a result of her theft of government funds, in violation of 18 U.S.C. § 641 for which the defendant pled guilty, was $20,000.00 USD. Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that for good cause shown, the motion of the United States (Dkt. #20) is GRANTED. It is FURTHER **ORDERED** that defendant Luz Correa is personally liable for a forfeiture money judgment in the amount of $20,000.00 USD, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b).

IT IS FURTHER **ORDERED** that the United States may seek forfeiture of any of the defendant's property up to the value of the $20,000.00 money judgment as substitute assets in satisfaction of this judgment, pursuant to the provisions of 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c).

The Court retains jurisdiction to enter any orders necessary for the forfeiture and disposition of any substitute assets, and to entertain any third party claims that may be asserted in those proceedings.

**DONE** and **ORDERED** in Tampa, Florida on August 5, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cr-148.forfeit fj.wpd